**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7887**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS MORANTE,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Chief District Judge.  (CR-95-8, CA-96-129-5)

———————————

Submitted:  April 17, 1997          Decided:  April 30, 1997

———————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Thomas Morante, Appellant Pro Se.  Thomas Oliver Mucklow, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion for reduction of sentence pursuant to Fed. R. Crim. P. 35, and his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Morante, Nos. CR-95-8; CA-96-129-5 (N.D.W. Va. Nov. 21 & Nov. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2